UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

URVISH ARVINDBHAI PATEL,         Chapter 7
            Debtor.            Case No. 13-59412

AMENDMENT to SCHEDULES D and F

COMES NOW, Urvish Arvindbhai Patel in the above-styled Chapter 7 Case, by and through his attorney, Gai Lynn McCarthy of Kumar, Prabhu, Patel & Banerjee, LLC, and files this "Amendment to Schedules D and F" and shows as follows:

(1) Debtor hereby amends Schedule D, Creditors Holding Secured Creditors by adding the following:

| Creditor | Type | Amount |
|---|---|---|
| American Express Centurion Bank<br>c/o Gerald E. Moore & Assoc.<br>P.O. Box 876<br>Smyrna, Georgia 30081 | Judgment Lien | $1,492.30 |
| Capital One Bank<br>c/o Frederick J. Hanna & Assoc.<br>1427 Roswell Road<br>Marietta, Georgia 30062 | Judgment Lien | $6,848.15 |
| Discover Bank<br>c/o McCullough, Payne & Haan<br>271 17th Street, NW, Suite 2200<br>Atlanta, Georgia 30363-6213 | Judgment Lien | $4,796.31 |
| Discover Bank<br>c/o Frederick Hanna & Assoc.<br>1427 Roswell Road<br>Marietta, Georgia 30062 | Judgment Lien | $14,363.01 |

(2) Debtor hereby amends Schedule E, Creditors Holding Unsecured Claims, by adding the following creditors:

Kumar, Prabhu, Patel & Banerjee, LLC
1117 Perimeter Center West
Suite W311
Atlanta, Georgia 30338

Paul Leon Fennell, Jr.
c/o Thurston J. Lopes
235 Peachtree Street, NE
Suite 400
Atlanta, Georgia 30303

(3) Debtor hereby amends Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data by substituting the attached schedules for the ones originally filed.

**WHEREFORE,** Debtor prays:

(a) The above amendments to schedules be approved as amended;
(b) Such other and further relief as is just and proper.

Respectively submitted this 1st day of May, 2013.

/s/ Gai Lynn McCarthy
Gai Lynn McCarthy
GA Bar No. 482223
Kumar, Prabhu, Patel & Banerjee, LLC
1117 Perimeter Center West
Suite W311
Atlanta, GA 30338
(678)443-2215 T
(678)443-2230 F
gmccarthy@kumarpathak.com
Attorney for Debtor

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

The undersigned debtor states under penalty of perjury that the facts contained in the foregoing AMENDMENTS are true and correct to the best of her information and belief.

/s/ Urvish Arvindbhai Patel
Urvish Arvindbhai Patel

B6D (Official Form 6D) (12/07)

In re  Urvish Arvindbhai Patel                                    Case No.  13-59412
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>American Express Centurion Ban<br>c/o Gerald E. Moore & Assoc.<br>P.O. Box 876<br>Smyrna, GA 30081 | | | Judgment Lien<br><br><br><br>Value $    0.00 | | | | 1,492.30 | 1,492.30 |
| Account No.<br><br>Capital One Bank<br>Frederick J Hanna & Assoc.<br>1427 Roswell Road<br>Marietta, GA 30062 | | | Judgment Lien<br><br><br><br>Value $    0.00 | | | | 6,848.15 | 6,848.15 |
| Account No.<br><br>Discover Bank<br>c/o McCullough, Payne & Haan<br>271 17th Street, NW, Ste 2200<br>Atlanta, GA 30363-6213 | | | Judgment Lien<br><br><br><br>Value $    0.00 | | | | 4,796.31 | 4,796.31 |
| Account No.<br><br>Discover Bank<br>c/o Frederick Hanna & Assoc.<br>1427 Roswell Road<br>Marietta, GA 30062 | | | Judgment Lien<br><br><br><br>Value $    0.00 | | | | 14,363.01 | 14,363.01 |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 27,499.77 | 27,499.77 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 27,499.77 | 27,499.77 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  Urvish Arvindbhai Patel , Case No. 13-59412
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kumar, Prabhu, Patel & Banerje<br>1117 Perimeter Center West<br>Suite W311<br>Atlanta, GA 30338 | | - | Unpaid attorneys' fees. | | | | 3,500.00 |
| Account No.<br><br>Paul Leon Fennell, Jr.<br>c/o Thurston J. Lopes<br>235 Peachtree St, NE Ste 400<br>Atlanta, GA 30303 | | - | Pending law suit. | X | X | X | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)    3,500.00

Total (Report on Summary of Schedules)    3,500.00

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Urvish Arvindbhai Patel**,
Debtor

Case No. __13-59412__

Chapter __7__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 3,783.53 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 171,499.77 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 240,549.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,486.22 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,420.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | 3,783.53 | | |
| | | | Total Liabilities | 412,048.77 | |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Urvish Arvindbhai Patel**, Debtor

Case No. **13-59412**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,486.22 |
| Average Expenses (from Schedule J, Line 18) | 2,420.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | 2,661.22 |

State the following:

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 27,499.77 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 0.00 |
| 4. Total from Schedule F | 240,549.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 268,048.77 |

American Express Centurion Ban
c/o Gerald E. Moore & Assoc.
P.O. Box 876
Smyrna, GA 30081


Capital One Bank
Frederick J Hanna & Assoc.
1427 Roswell Road
Marietta, GA 30062


Discover Bank
c/o McCullough, Payne & Haan
271 17th Street, NW, Ste 2200
Atlanta, GA 30363-6213


Discover Bank
c/o Frederick Hanna & Assoc.
1427 Roswell Road
Marietta, GA 30062


Kumar, Prabhu, Patel & Banerje
1117 Perimeter Center West
Suite W311
Atlanta, GA 30338


Paul Leon Fennell, Jr.
c/o Thurston J. Lopes
235 Peachtree St, NE Ste 400
Atlanta, GA 30303

## CERTIFICATE OF SERVICE

This is to certify that I have sent a copy of the foregoing **AMENDMENT** by depositing a copy of same in the United States Mail with sufficient postage affixed thereon to insure delivery and addressed to the following creditors:

American Express Centurion Bank
c/o Gerald E. Moore & Assoc.
P.O. Box 876
Smyrna, Georgia 30081

Capital One Bank
c/o Frederick J. Hanna & Assoc.
1427 Roswell Road
Marietta, Georgia 30062

Discover Bank
c/o McCullough, Payne & Haan
271 17th Street, NW, Suite 2200
Atlanta, Georgia 30363-6213

Discover Bank
c/o Frederick Hanna & Assoc.
1427 Roswell Road
Marietta, Georgia 30062

Paul Leon Fennell, Jr.
c/o Thurston J. Lopes
235 Peachtree Street, NE
Suite 400
Atlanta, Georgia 30303

Urvish Patel
1737 Saint Lawrence Cove
Tucker, Georgia 30084

Respectfully submitted this 1st day of May, 2013.

/s/ Gai Lynn McCarthy
Gai Lynn McCarthy
Georgia Bar No. 482223
Kumar, Prabhu, Patel & Banerjee, LLC
1117 Perimeter Center West, Suite W311
Atlanta, Georgia 30338
(678) 443-2214
(678) 443-2230 (Facsimile)
gmccarthy@kppblaw.com